MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-00488 YGR |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING |
| v. | |
| CHARLES WANG and FRANCIS YUEN, | |
| Defendants. | |

## **STIPULATION**

WHEREAS, on May 26, 2015, a Superseding Information was filed charging the defendants with one count of Conspiracy to Commit Structuring, in violation of 18 U.S.C. § 371, and one count of Structuring Transactions to Evade Reporting Requirements, in violation of 31 U.S.C. § 5324(a)(3);

WHEREAS, on May 26, 2015, the defendants pleaded guilty to both counts of the Superseding Information;

STIPULATION AND [PROPOSED] ORDER
CONTINUING SENTENCING, CR 14-00488 YGR

1  WHEREAS, the sentencing hearing is currently scheduled for October 1, 2015;

2  WHEREAS, the undersigned AUSA is unavailable during the period September 18, 2015,

3 through September 30, 2015, and therefore will be unable to prepare and file a sentencing memorandum

4 under the current schedule;

5  WHEREAS, the parties and the Probation Office have consulted and confirmed each is available

6 on October 19, 2015;

7  THEREFORE, it is hereby stipulated by and between the parties, through their respective

8 counsel of record, that the sentencing hearing, currently scheduled for October 1, 2015, be continued to

9 October 19, 2015, at 10 a.m.

10 Dated:  August 28, 2015                                     MELINDA HAAG
                                                              United States Attorney

                                                              /s/
                                                              _____
                                                              ROBERT S. LEACH
                                                              Assistant United States Attorney

Dated:  August 28, 2015                                       FEDERAL PUBLIC DEFENDER'S OFFICE

                                                              /s/
                                                              _____
                                                              ANGELA M. HANSEN, ESQ.
                                                              Attorney for Defendant Charles Wang

Dated:  August 28, 2015                                       JOHN L. WILLIAMS, ESQ.

                                                              /s/
                                                              _____
                                                              JOHN L. WILLIAMS, ESQ.
                                                              Attorney for Defendant Francis Yuen

## ORDER CONTINUING SENTENCING

Pursuant to stipulation and for good cause shown, it is HEREBY ORDERED that the sentencing hearing, currently scheduled for October 1, 2015, be continued to October 19, 2015, at 10 a.m.

Dated: August 28, 2015

_____
THE HONOROABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE